IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
THE TINDER BOX                  :        CIVIL ACTION
INTERNATIONAL, LTD.             :
                                :
        v.                      :
                                :
JOHN W. PATTERSON, et al.       :        NO. 07-cv-5014-JF
```

JUDGMENT

AND NOW, this 7th day of June 2010, for the reasons described in the Court's findings of fact and conclusions of law, IT IS ORDERED that:

1. Elizabeth Patterson, being deceased, is no longer a party to this action.

2. JUDGMENT is ENTERED in favor of plaintiff, Tinder Box International, Ltd., and against defendants, John W. Patterson and Storyville Enterprises, Inc., on Counts I and II of plaintiff's Complaint.

3. JUDGMENT is ENTERED in favor of defendants, John W. Patterson and Storyville Enterprises, Inc., and against plaintiff, Tinder Box International, Ltd., on Counts III, IV, V, VI, and VII of plaintiff's Complaint.

                                BY THE COURT:


                                /s/ John P. Fullam
                                John P. Fullam, Sr. J.